ANDRE BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
California State Bar No. 104078
JULIE ZATZ
United States Attorney
California State Bar No. 155560
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-7349
    Facsimile: (213) 894-7819
    E-mail: julie.zatz@usdoj.gov

Attorneys for Defendant
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RUBY MATCHINGA, | No. CV 11-10244 FMO(SSx) |
| Plaintiff, | ORDER DISMISING ACTION WITH PREJUDICE |
| v. | |
| UNITED STATES OF AMERICA, | Honorable Fernando M. Olguin |
| Defendant. | |

The parties having filed a Stipulation for Compromise Settlement and Dismissal,

IT IS HEREBY ORDERED:

1. Plaintiff's action is dismissed with prejudice in its entirety;

2. Each party shall bear its own cost of suit and fees; and

Dated: October 15, 2013

                           /s/
                    HON. FERNANDO M. OLGUIN
                    UNITED STATES DISTRICT JUDGE

Presented by:
ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

   /s/ Julie Zat
JULIE ZATZ
Assistant United States Attorney
Attorneys for Defendant
United States of America